ALFRED S. TALLMADGE, APPELLANT, *v.* HORACE WHITMAN, RESPONDENT.

*Referee's report — appeal without case or exceptions.*

APPEAL from a judgment in favor of the defendant entered upon the report of a referee.

No case or exceptions were prepared, the appeal being taken from the judgment.

The court at General Term said : " There can be no review of a judgment entered upon the report of a referee, unless an exception to his decision has been taken. (Code, §§ 268–272; 3 Wait's Pr., 317, 318, 324–330.) Where exceptions have been taken a case or exceptions must be settled by the referee. (Rule 41 ; *People* v. *Alb. and Sus. R. R. Co.*, 57 Barb., 204 and note.) These indispensable proceedings have been omitted in this case."

*Theo. Arnold*, for the appellant.    *H. O. Southworth*, for the respondent.

Opinion by GILBERT, J. ; BARNARD, P. J., and DYKMAN, J., concurred.

Appeal dismissed and judgment affirmed, with costs.